*53 Vroom.*        Zabriskie v. Sullivan.

AUGUSTUS ZABRISKIE, TRUSTEE, &c., DEFENDANT IN' ERROR, v. JOHN SULLIVAN, PLAINTIFF IN ERROR.

Argued June 26, 1911—Decided October 19, 1911.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 673.

. For the plaintiff in error, *James R. Bowen.*

For the defendant in error, *Herrmann & Steelman.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons stated in the opinion delivered by Mr. Justice Voorhees in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, PARKER, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ. 9.

*For reversal*—None.